[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED

**U.S. COURT OF APPEALS
ELEVENTH CIRCUIT**
September 6 , 2005
**THOMAS  K. KAHN
CLERK**

No. 05-10178
Non-Argument Calendar

D.C. Docket No. 04-00008-CR-HL-6

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

CELSO SALAZAR CASTILLO,

Defendant-Appellant.

Appeal from the United States District Court
for the Middle District of Georgia

**(September 6, 2005)**

Before BLACK, WILSON and PRYOR, Circuit Judges.

PER CURIAM:

Rick D. Collum, appointed counsel for Celso Salazar Castillo, in this direct

criminal appeal, has moved to withdraw and filed a brief pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the record reveals no issues of arguable merit, counsel's motion to withdraw is GRANTED, and Castillo's conviction and sentence is AFFIRMED.